UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES HOLDER,

          Petitioner,                 Case No. 1:17-cv-0408

v.                                        Honorable Paul L. Maloney

SHANE JACKSON,

          Respondent.

_____/

## **JUDGMENT**

In accordance with the Order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to file an amended petition.

Dated:  July 21, 2017                               /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge