UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAMES HOLDER,

        Petitioner,               Case No. 1:17-cv-408

v.                                     Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   July 28, 2017                            /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge